■ WILLIAM J. FARLEY, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31929.) — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of the Court of Claims denying claimant's motion for permission to serve his claim on the Attorney-General.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON A. SZEFC, Appellant.— Judgment of conviction reversed on the law and a new trial granted. Memorandum: Portions of the charge were prejudicial to defendant. It gave a clear indication of the Judge's opinion as to the guilt of defendant. Further, the court failed properly to charge as to section 393 of the Code of Criminal Procedure in regard to defendant's taking the stand. All concur. (Appeal from a judgment of Erie County Court convicting defendant of the crimes of attempted rape, first degree, and assault, second degree.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ In the Matter of the Election of a Director and Officers of WILLIAMS BROTHERS COMPANY. FRANK J. MAGUIRE et al., Appellants; ROBERT A. WILLIAMS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See ante, p. 693.]

■ GUSTAV ERBE, JR., et al., Individually and as Administrators C. T. A. of FREDERICK G. ERBE, Deceased, et al., Appellants-Respondents, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents-Appellants.— Motion to amend order entered May 16, 1956, granted and order amended nunc pro tunc by striking therefrom the words "and facts" and inserting in place thereof the words "and not in the exercise of any discretion," so that the ordering clause thereof shall read "reversed on the law and not in the exercise of any discretion." Present — McCurn, P. J., Kimball, Williams and Bastow, JJ. [See 2 A D 2d 247, 829.]

■ MORTIE B. BERGER, Respondent, v. HARRIET B. BERGER, Appellant, et al., Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals or for other relief denied in all respects. Present — McCurn, P. J., Vaughan, Williams and Bastow, JJ. [See 2 A D 2d 423.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HADLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. NICOLL and IRVAN A. FREDERICKS, Appellants.— Motion under subdivision 2 of section 344 of the Code of Criminal Procedure to remove the above-entitled action from the County Court in Herkimer County to a term of the Supreme Court in another county, granted, and trial removed from Herkimer County Court to the Supreme Court of Onondaga County. We are satisfied from the moving papers that a fair and impartial trial cannot be had in the county where the indictment is pending. Order entered designating Hon. FRANK DEL VECCHIO to preside at a term of court fixed by the Justices of this court to commence on the 8th of April, 1957.